UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 6:10-CV-1838-Orl-31DAB

MONA BROOKS, on behalf of herself,
And those and all similarly situated,
        Plaintiff,
v.

WATSON REAL ESTATE & MANAGEMENT, INC., WINDMILL POINT APARTMENTS LLC, PROFESSIONAL EMPLOYER RESOURCES, INC.,
        Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, MONA BROOKS, and Defendants, WATSON REAL ESTATE & MANAGEMENT, INC., WINDMILL POINT APARTMENTS LLC, and PROFESSIONAL EMPLOYER RESOURCES, INC., by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41, jointly move the Court for dismissal of this case with prejudice. Plaintiff's claims were resolved without compromise, based on information received in informal discovery and thus, judicial review and approval of the Settlement Agreement is not required under *Lynn Foods*.

WHEREFORE, the Parties respectfully request that the Court enter an order dismissing this case in its entirety with prejudice.

Date: August 30, 2011

| | |
|---|---|
| **RIGGINS LAW FIRM, PA** | **COLE, SCOTT & KISSANE, P.A.** |
| /s/ Danialle Riggins | /s/ Nicole Wall |
| Attorney for Plaintiff | Attorneys for Defendants |
| DANIALLE RIGGINS, ESQ. | JONATHAN VINE  - FBN: 010966 |
| P.O. Box 830222 | NICOLE WALL -  FBN: 17430 |
| Ocala, Florida 34483 | 1645 Palm Beach Lakes Blvd., 2nd Floor |
| (352)433-2400 – Office | West Palm Beach, Florida 33401 |
| (352) 351-8054- Fax | E-Mail: jonathan.vine@csklegal.com |
| Florida Bar No.  0013909 | E-Mail: nicole.wall@csklegal.com |
| Email: Driggins@RigginsLawFirm.com | Telephone: (561) 383-9203 |
| | Facsimile: (561) 683-8977 |