UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MONA BROOKS,**

        **Plaintiff,**

**-vs-**                                              Case No. 6:10-cv-1838-Orl-31DAB

**WATSON REAL ESTATE &**
**MANAGEMENT, INC., WINDMILL**
**POINT APARTMENTS, LLC, and**
**PROFESSIONAL EMPLOYER**
**RESOURCES, INC.,**

        **Defendants.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Stipulation for Dismissal with Prejudice (Doc. No. 48), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. The Clerk has closed this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on August 31, 2011.

                                                    GREGORY A. PRESNELL
                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party